Jeremy T. Bergstrom, Esq.
Arizona Bar No. 19399
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
File No. 10-90238

Attorneys for Secured Creditor,
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| ROGER SCHWANKE, | Case No.: 2:10-bk-00482-RTB |
| Debtor. | |
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, | |
| Movant, | |
| vs. | |
| ROGER SCHWANKE, Debtor; RUSSELL A. BROWN, Trustee, | |
| Respondents. | |

### OBJECTIONS TO PROPOSED CHAPTER 13 PLAN
### AND CONFIRMATION THEREOF

BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS

SERVICING, LP, Secured Creditor in the above-entitled Bankruptcy proceeding, hereby submits

the following Objections to the Confirmation of that certain Chapter 13 Plan proposed by

Debtor:

1

This objecting Secured Creditor holds the first Trust Deed on the subject property generally described as: **17580 West Marconi Avenue, Surprise, AZ 85388**. As of January 8, 2010, **the amount in default was $13,993.63**, representing monthly payments and late charges due from May 1, 2009 through January 1, 2010; advances for taxes and insurance, if any; and foreclosure costs and attorneys' fees incurred with respect to the default.

**Debtor's Chapter 13 Plan fails to provide for any pre-petition arrears to be paid to Secured Creditor.**

Secured Creditor further requests the Court award Secured Creditor $400.00 in attorney's fees for the necessity of this Objection and that said fees be paid by the Debtor either through the Plan or directly to Secured Creditor prior to completion of the Plan.

## **CONCLUSION**

Any Chapter 13 Plan proposed by Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. It is respectfully requested that confirmation of the Chapter 13 Plan as proposed by Debtor be denied.

WHEREFORE, Secured Creditor prays as follows:

(1) That confirmation of the proposed Chapter 13 Plan be denied.

(2) For attorney's fees and costs incurred herein.

(3) For such other relief as this Court deems proper.

                              MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: April 5, 2010      By: /s/ Jeremy T. Bergstrom, Esq.
                                        Jeremy T. Bergstrom, Esq.
                                        Attorney for Secured Creditor

**(10-90238/objaznv.dot/mlb)**

# CERTIFICATE OF MAILING

The undersigned hereby certifies that on ___April 5, 2010___, a copy of Secured Creditor's **OBJECTIONS TO PROPOSED CHAPTER 13 PLAN AND CONFIRMATION THEREOF** was served by depositing a copy of same in the United States Mail, in a postage prepaid envelope, addressed to:

DEBTOR:
Roger Schwanke
17580 West Marconi Avenue
Surprise, AZ  85388

ATTORNEY FOR DEBTOR:
Joseph W. Charles
P. O. Box 1737
Glendale AZ  85311

CHAPTER 13 TRUSTEE:
Russell A. Brown
3838 N. Central Ave. Ste. 800
Phoenix, AZ  85012

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Michelle L. Benson
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(10-90238/objaznv.dot/mlb)**