**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**Post Office Box 1737**
**Glendale, Arizona 85311-1737**
**Telephone: (623) 939-6546**
**Fax: (623) 939-6718**
**Email: lawoffice@joecharles.com**

JOSEPH W. CHARLES
State Bar No. 003038
Attorneys for Debtor/Plaintiff

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ROGER SCHWANKE,<br><br>      Debtor.<br>_____<br>ROGER SCHWANKE,<br><br>      Plaintiff,<br>vs.<br><br>BAC HOME LOANS SERVICING, LP,<br>Defendant; and EDWARD J. MANEY,<br>CHAPTER 13 TRUSTEE | Chapter 13 Proceedings<br><br>Case No. 2:10-bk-00482-GBN<br><br>**NOTICE OF LODGING** |

  **NOTICE IS HEREBY GIVEN** that JOSEPH W. CHARLES, P.C., attorneys for the Debtor, ROGER SCHWANKE, have on this date, lodged with the Honorable George B. Nielsen, Jr., a Stipulated Judgment in the above-captioned matter.

  **RESPECTFULLY SUBMITTED** this 13th day of May, 2010.

                 **JOSEPH W. CHARLES, P.C.**


              BY:  /s/ Joseph W. Charles
                   Joseph W. Charles
                   Attorneys for Debtor/Plaintiff

| | |
|---|---|
| 1 | The foregoing was electronically filed |
| 2 | with the U.S. Bankruptcy Court; and a COPY of same was mailed this 13th day of |
| 3 | May, 2010 to: |
| 4 | All parties listed on the Master Mailing Matrix |
| 5 | |
| 6 | |
| 7 |   /s/ S. Borek           |
| 8 | |